RALPH PASSALACQUA, Appellant, v. GENEVA FOUNDRY CORPORATION, Respondent.— Decision filed May 15, 1935 [*ante*, p. 606], amended to read as follows: Order denying motion to open default affirmed, with ten dollars costs and disburse-

ments. Opinion by Thompson, J. All concur, except Sears, P. J., and Taylor, J., who dissent and vote for reversal and granting of the motion in the exercise of discretion and on the law as stated in the opinion by Taylor, J. Appeals from order for judgment and from judgment dismissed as not appealable. All concur.